UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:  LYNN KATHRYN FLURKEY | CHAPTER 13 |
| | CASE NO.:06-41830 MGD |
| DEBTOR(S) | JUDGE: DIEHL |

### NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that the Debtor filed and served on you a proposed modification to the confirmed plan in this case. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** *JUNE 29, 2009*

**PLACE OF FILING:**     Clerk, United States Bankruptcy Court
Room 339, Federal Building
600 East First Street
Rome, Ga 30161-3187

If you mail on objection to the Court for filing, you must mail it early enough so the Court will receive it or before the date stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at:

Lynn Flurky
99 Venture Path
Hiram, GA 30141

*Lynn Flurkey, Ch. 13 06-41830 mgd*
*Post-Confirmation Modification/ Notice of Deadlines*
*Hearing, July 22, 2009 @ 9:50 a.m.*

   **PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification on **July 22, 2009 at 9:50 A.M.**, in Courtroom 342, The Federal Building, 600 East First Street, Rome, GA. **If no objection is timely filed, the proposed Modification will be effective pursuant to 11 U.S.C. § 1329(b)(2) as a part of the Confirmed Plan without further notice or hearing.**

This 27th day of May 2009

/s/_____
Brian R. Cahn, Attorney for Debtor(s)
State Bar No.: 101965
Perrotta, Cahn & Prieto, P.C.
The Historic Bradley Building
5 South Public Square
Cartersville, GA 30120
770-382-8900

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:  LYNN KATHRYN FLURKEY          CHAPTER 13
                                                         CASE NO.:06-41830 MGD
           DEBTOR(S)                               JUDGE: DIEHL

## POST-CONFIRMATION MODIFICATION OF PLAN
## AND REQUEST FOR ITS APPROVAL

**COMES NOW LYNN KATHRYN FLURKEY,** Debtor who proposes to modify the confirmed plan of reorganization as set forth below and requests that this modification be approved.

## MODIFICATION OF PLAN

**COMES NOW LYNN KATHRYN FLURKEY,** Debtor hereby modifies the Chapter 13 Plan, which the Court Confirmed on December as follows:

**Debtor requests that the monthly plan payment due to the Chapter 13 Trustee be reduced to $0.00 for the payments due June 2009, July 2009 and August 2009.** Debtor's hours were reduced at work resulting in less regular household income.

Debtor further provides for $0 monthly disbursements to all creditors during the suspension of plan payments for the above-referenced months should there be insufficient funds on hand to effectuate said disbursement. However, in the event that there are funds on hand during the aforementioned months, the Trustee is authorized to disburse said funds accordingly.

Debtor's Chapter 13 Plan Payment, and monthly disbursements to secured creditors, shall resume with the September 2009 plan payment at the rate set forth in the Debtor's confirmed plan.

This 27th day of May 2009

/s/_____
Brian R. Cahn, Attorney for Debtor(s)
State Bar No.: 101965
**Perrotta, Cahn & Prieto, P.C**.
The Historic Bradley Building
5 South Public Square
Cartersville, GA 30120
770-382-8900

AFFIDAVIT

      I/We, Debtor(s) in the foregoing petition declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/_____
LYNN KATHRN FLURKEY